FILED
United States Court of Appeals
Tenth Circuit

June 11, 2020

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| JON C. CALDARA, et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> CITY OF BOULDER, et al., <br><br> Defendants - Appellees, <br><br> AARON BROCKETT, in his official capacity as Mayor Pro Tem of the City of Boulder, et al., <br><br> Defendants. | No. 18-1421 <br> (D.C. No. 1:18-CV-1211-MSK-MEH) <br> (D. Colo.) |

_____

**ORDER**
_____

Before **HARTZ**, **SEYMOUR**, and **MATHESON**, Circuit Judges.
_____

Appellants' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk